BEFORE THE SECOND DIVISION, DECEMBER 12, 1962

No. 67265.—Airport Clearance Service and Kaiser-Reismann Corp. *v.* United States, protest 311133–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the

merchandise consists of monofilament fishing lines similar in all material respects to those the subject of *J. M. P. R. Trading Corp., Alltransport, Inc.* v. *United States* (43 CCPA 1, C.A.D. 600), the claim of the plaintiffs was sustained.